First Department, May, 1913. [Vol. 156, App. Div.]

James M. Scofield, Respondent, v. Mary E. Powers, Appellant.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Eliza Goldstein, Appellant, v. Sarah E. Galinger and Others, Respondents.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth C. Murphy, Respondent, v. The Chief Publishing Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Strobel & Wilken Company, Appellant, v. Max Wiesen, Respondent.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Jamaica Water Supply Company, Respondent, v. Michael J. Drummond and Another, Appellants.—Order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Perrin H. Sumner, Appellant, v. Patrick L. Ryan and Others, Respondents.—Motion granted, without costs, on condition stated in order. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Arthur D. Stilwell and Others. —Motion granted and case set down for June 2, 1913. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. William Heineman.—Motion granted and case set down for argument for June 5, 1913. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Jacob Pine v. James M. Morrow and Others.—Motion denied, without costs. Memorandum per curiam. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ashbel Barney and Others v. Henry R. Hoyt and Others.—Motion granted on terms stated in opinion. Opinion per curiam. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Val Trainor.—Motion granted on conditions stated in opinion. Opinion per curiam. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Clarke and Scott, JJ.

Charles A. Morse and Another, Appellants, v. Carolyn T. Kelsey and Others, Respondents.—Judgment affirmed, with costs, on the opinion of Page, J. (Reported in 78 Misc. Rep. 99.) Present—Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.